JOSEPH W. COWGILL, PROSECUTOR-APPELLANT, v. COUNTY OF CAMDEN, SAMUEL C. BERRY, ET AL., DEFENDANTS-RESPONDENTS.

Submitted October 21, 1947—Decided February 19, 1948.

For the prosecutor, *Alexander Feinberg* (*Samuel P. Orlando,* of counsel).

For the respondents, *George G. Tartar* (*Irving M. Lichtenstein,* of counsel).

Per Curiam.

This case is governed by our decision in *Marvel* v. *County of Camden*, decided this day (*ante* p. 47). For the reasons therein stated, the judgment under appeal is reversed, with costs.

*For affirmance*—Eastwood, Burling, Wells, Freund, JJ. 4.

*For reversal*—The Chancellor, Chief Justice, Donges, Colie, Dill, McLean, Schettino, JJ. 7.